IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA FELTS, as Special Administrator of the Estate of *Hester L. Green, Deceased*, and JAMES E. GREEN, | |
| Plaintiffs, | |
| v. | Cause No.: 3:14-cv-00490-JPG-DGW |
| Q CARRIERS, INC., a Minnesota corporation, EDDIE A. JOHNSON, and JAMES E. GREEN, | |
| Defendants. | **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL

COMES NOW Defendants Q. Carriers, Inc. and Eddie A. Johnson, by and through its attorneys, Roberts Perryman, P.C., and files its Notice of Removal stating the following:

## INTRODUCTION

1. A civil action has been commenced and is now pending in the Circuit Court, Twentieth Judicial Circuit, St. Clair County, Cause No: 14-L-231, wherein James E. Green is one plaintiff and Q. Carriers, Inc. and Eddie A. Johnson are defendants. The other plaintiff is Barbara Felts, as Special Administrator of the Estate of Hester L. Green, deceased and Q. Carriers, Inc., James E. Green and Eddie Johnson are defendants said separate claim.

2. This action is a civil action wherein two plaintiffs have each pled separate and independent claims for damages as result of Defendants' alleged negligence in connection with a motor vehicle accident occurring on June 18, 2013.

3. Defendants Q. Carriers, Inc. and Eddie A. Johnson were served with a copy of the initial pleadings on or about March 31, 2014.

## DIVERSITY OF CITIZENSHIP EXISTS

4. This action is a civil action, of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants Q. Carriers, Inc. and Eddie A. Johnson pursuant to 28 U.S.C. §1441, and that this is a civil action or proceeding involving diversity of citizenship as it relates to Plaintiff James E. Green's separate and independent claim for damages against Defendants Q. Carriers, Inc. and Eddie A. Johnson in Counts IV and V of the Complaint. Plaintiff Barbara Felts' claim for wrongful death is a separate and independent claim against Defendants.

5. Plaintiff James E. Green is believed to be a citizen of Illinois.

6. Defendant Q. Carriers, Inc. is a Minnesota corporation, with its principal place of business in Minnesota.

7. Defendant Eddie A. Johnson is a citizen of Iowa.

8. Only Plaintiff James E. Green's claim is removable (Counts IV and V) based upon diversity as it is a separate and independent claim for personal injuries. Plaintiff Barbara Felts' claim is not removable on the basis of diversity; however, Defendants request the entire action, including both Plaintiffs' claims in Counts I-V, be removed to this Court under 28 USCS 1441(e)(1)(B).

## THE AMOUNT IN CONTROVERSY HAS BEEN SATISFIED

9. The amount in controversy exceeds $75,000 exclusive of interest and costs. Because this is a personal injury action where Plaintiff James E. Green claims damages for "severe and permanent injuries", "pain and mental anguish", and future medical. Defendants believe the amount in controversy shall exceed the minimum jurisdictional amount, whereas the amount in controversy requirement is satisfied.

## NOTICE OF REMOVAL IS TIMELY

10. Less than thirty (30) days have elapsed since receipt of said initial pleadings by Defendants.

11. Defendants files herewith a copy of all process, pleadings, and orders served upon it in this action. *See Exhibit A.*

**WHEREFORE** Defendants Q. Carriers, Inc. and Eddie A. Johnson pray the Court to accept its Notice for Removal, and make and enter such orders as may be necessary to effect the complete removal of this action from the Circuit Court, Twentieth Judicial Circuit, St. Clair County, Illinois to the United States District Court for the Southern District of Illinois and that further proceedings be discontinued in the State Court and all future proceedings be held in this Court, as the laws in such case provide.

Respectfully submitted,

ROBERTS PERRYMAN, P.C.

/s/ Ted L. Perryman
Ted L. Perryman, #02170504
1034 S. Brentwood Blvd, Suite 2100
St. Louis, MO 63117
(314) 421-1850
(314) 421-4346 Facsimile
Attorney for Defendants Q. Carriers, Inc.
and Eddie A. Johnson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed upon the court's electronic filing system this 28th day of April, 2014 and sent by U.S. Mail, postage prepaid to:

Gregory L. Shevlin
COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, IL 62220

***ATTORNEYS FOR PLAINTIFF BARBARA FELTS***

Michael J. Garavalia
FLYNN GUYMON & GARAVALIA
300 West Main Street, Suite 4
Belleville, IL 62220
***ATTORNEY FOR PLAINTIFF JAMES E. GREEN***

*/s/ Ted L. Perryman*